# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Prost, Sharon | Federal Circuit | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals, Fed Cir
717 Madison Pl., NW
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Georgia | 3/1/13-3/2/13 | Atlanta, GA | Conference panelist | Transportation, food, lodging |
| 2. | Southern Methodist University | 3/21/13-3/22/13 | Dallas, TX | Conference panelist | Transportation, food, lodging |
| 3. | Harvard Law School | 4/11/13-4/12/13 | Boston, MA | Conference panelist | Transportation, food, lodging |
| 4. | University College London Faculty of Laws | 6/9/13-6/13/13 | London, England | Conference speaker | Transportation, food, lodging |
| 5. | Federal Circuit Bar Association | 06/19/13- 6/22/13 | Colorado Springs, CO | Conference panelist | Transportation, food, lodging |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | University of Washington School of Law | 7/25/13-7/26/13 | Seattle, WA | Conference speaker | Transportation, food, lodging |
| 7. | Federal Circuit Bar Association | 9/16/13-9/18/13 | Toronto, Canada | Conference panelist | Transportation, food, lodging |
| 8. | University of Houston Law Center | 9/26/13-9/27/13 | Houston, TX | Conference speaker | Transportation, food, lodging |
| 9. | Federal Circuit Bar Association | 10/17/13-10/23/13 | Seoul, Korea | Conference panelist | Transportation, food, lodging |
| 10. | State Bar of Georgia | 11/6/13-11/10/13 | Montego Bay, Jamaica | Conference panelist | Transportation, food, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Issak and Debbie Mayergoyz | Scarf | $435.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Supreme Industries Inc | A | Dividend | J | T | | | | | |
| 2. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 3. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 4. General Electric Company | A | Dividend | J | T | | | | | |
| 5. Pioneer - Pioneer Value Fund CIA | A | Dividend | K | T | | | | | |
| 6. *American Funds - SmallCap World Fund. CIA (Am. Century)(see PartVIII | A | Dividend | J | T | Buy (add'l) | 03/27/13 | J | | |
| 7. | | | | | Sold (part) | 11/11/13 | J | A | |
| 8. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 9. WGL Holdings Inc. | C | Dividend | K | T | | | | | |
| 10. *American Funds - Capital World Growth Income Fund(see Part VIII) | A | Dividend | K | T | | | | | |
| 11. American Funds New World Fund | A | Dividend | L | T | | | | | |
| 12. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 13. United States Senate FCU - Account | B | Interest | M | T | | | | | |
| 14. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 15. Pioneer - Pioneer Mid-Cap Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 16. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 17. PNC Bank - IRA | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Government Fund - The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 19. Merill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |
| 20. PNC Bank - CDs | B | Interest | L | T | | | | | |
| 21. American Funds - Euro Pac Growth | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 22. *Goldman Sachs TR Mid-Cap Value Fund (see Part VIII) | A | Dividend | J | T | | | | | |
| 23. *American Funds Growth Fund America (Am Century) (see Part VIII) | A | Dividend | K | T | Sold (part) | 11/11/13 | J | A | |
| 24. *American Century New Opportunities/(see Part VIII) | A | Dividend | J | T | | | | | |
| 25. Eaton Vance Large Cap Value | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 26. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 27. *Hartford Growth Opportunities (see Part VIII) | A | Dividend | J | T | Sold (part) | 11/11/13 | J | A | |
| 28. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 29. JP Morgan Undisc Mgrs Behavioral Value Fund | A | Dividend | J | T | Buy | 10/14/13 | J | | |
| 30. | | | | | Sold (part) | 11/11/13 | J | A | |
| 31. Blackrock Global | A | Dividend | J | T | | | | | |
| 32. Dreyfus Appreciation | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 33. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 34. Royce Pennsylvania Mutual Fund | A | Dividend | | | Sold | 10/14/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Thomas White Intl | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 36. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 37. Thornburg International Value Fund | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 38. *Wells Fargo Adv Emerging Growth (See Part VIII) | A | Dividend | J | T | Sold (part) | 11/11/13 | J | A | |
| 39. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 40. Westcore Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 03/27/13 | J | A | |
| 41. iShares Russell 1000 Growth Index Fund | A | Dividend | J | T | Sold (part) | 11/11/13 | J | A | |
| 42. iShares Russell 1000 Value Index Fund | A | Dividend | J | T | Sold (part) | 11/11/13 | J | A | |
| 43. New Jersey Health Care FACS | A | Interest | K | T | Buy | 11/21/13 | K | | |
| 44. Jefferson County, CO | A | Interest | K | T | | | | | |
| 45. Spring Branch, TX Indpt. School Dist. | A | Interest | K | T | | | | | |
| 46. University Tex. | A | Interest | K | T | | | | | |
| 47. Georgia | A | Interest | K | T | | | | | |
| 48. Ohio St Major New St Infrastructure | A | Interest | J | T | | | | | |
| 49. MFS ValueI Fund | A | Dividend | J | T | Sold (part) | 11/11/13 | J | A | |
| 50. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 51. Clackamas OR Cmty College | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NY St EFC St Cln-Drinking Wtr | A | Interest | | | Sold | 11/07/13 | K | A | |
| 53. Tampa Fla Sales Tax Rev RF | A | Interest | K | T | | | | | |
| 54. New Jersey St Tran TR FD Auth | A | Interest | K | T | | | | | |
| 55. California Health Facs Fing Auth Rev | A | Interest | K | T | | | | | |
| 56. Virginia St PSA Sch Fing | A | Interest | K | T | | | | | |
| 57. New York, NY Ser B | A | Interest | K | T | | | | | |
| 58. Cleveland Ohio Wtr Rev | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 6 American Funds-Small Cap World Fund on past reports has been listed under "B. Income during reporting period" Col. (2) Type as None when it should have been listed as Dividend. Under Col. (1) Amount, the code for all years should be A.

Line 10 American Funds-Capital World Growth on past reports has been listed under "B. Income during reporting period" Col. (2) Type as None when it should have been listed as Dividend. Under Col. (1) Amount, the code for all years should be A.

Line 22 Goldman Sachs TR Mid-Cap Value Fund on past reports has been listed under "B. Income during reporting period" Col. (2) Type as None when it should have been listed as Dividend. Under Col. (1) Amount, the code for all years should be A.

Line 23 American Funds Growth Fund America on past reports has been listed under "B. Income during reporting period" Col. (2) Type as None when it should have been listed as Dividend. Under Col. (1) Amount, the code for all years should be A.

Line 24 American Century New Opportunities on past reports has been listed under "B. Income during reporting period" Col. (2) Type as None when it should have been listed as Dividend. Under Col. (1) Amount, the code for all years should be A.

Line 27 Hartford Growth Opportunities on past reports has been listed under "B. Income during reporting period" Col. (2) Type as None when it should have been listed as Dividend. Under Col. (1) Amount, the code for all years should be A.

Line 38 Wells Fargo Adv Emerging Growth on past reports has been listed under "B. Income during reporting period" Col. (2) Type as None when it should have been listed as Dividend. Under Col. (1) Amount, the code for all years should be A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon Prost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544